1  ROSE LEDA EHLER (State Bar No. 296523)
   Rose.Ehler@mto.com
2  TIANA S. BAHERI (State Bar No. 330835)
   Tia.Baheri@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
4  Fiftieth Floor
   Los Angeles, California 90071-3426
5  Telephone:  (213) 683-9100
   Facsimile:  (213) 687-3702
6
   Attorneys for Motion Picture Association, Inc.
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
11

| In Re 17 U.S.C. §512(h) Subpoena to | Case Number: 2:22-mc-00087 |
|---|---|
| TONIC DOMAINS CORPORATION | **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Motion Picture Association, Inc. through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Cloudflare, Inc. to identify alleged infringers, as set forth in the attached notice and declaration of Jan van Voorn.

DATED: April 7, 2022            MUNGER, TOLLES & OLSON LLP

By:      */s/ Rose Leda Ehler*
                ROSE LEDA EHLER

Attorney for Motion Picture Association, Inc.